UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIRANBHAI PATEL a/k/a KIRAN PATEL, | ) | |
| | ) | |
| | ) | Case No. 15-cv-2599 |
| Plaintiff, | ) | |
| v. | ) | Judge Chang |
| | ) | |
| GLOGOVSKY OIL COMPANY II, INC. and | ) | |
| PRAGNESH SHAH, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff, Kiranbhai Patel a/k/a Kiran Patel, and Defendants, Glogovsky Oil Company II, Inc. and Pragnesh Shah, through their attorneys, jointly move the Court to approve the confidential Settlement and Release Agreement submitted *in camera* with the filing of this motion and state as follows:

1. Plaintiff sued alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et. seq.*, the Illinois Minimum Wage Law ("IMWL"), 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS §115/1 *et seq.* ("IWPCA") for Defendants' alleged failure to pay Plaintiff overtime. Plaintiff also alleged Defendants violated the FLSA and IMWL by retaliating against Plaintiff when it terminated his employment after he complained about his overtime wages.

2. Plaintiff was employed as a cashier in one or more of Defendant's gas stations from approximately March 2010 to on or about January 6, 2015.

3. The case was referred to Magistrate Judge Martin for a settlement conference and the parties were able to resolve the case without the assistance of the Court. The settlement agreement is submitted to the Court for *in camera* review.

5.  When an employee brings a private action against his employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter an order approving the settlement as a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *Cheeks v. Freeport Pancake House, Inc.*, No. 14-299-CV, 2015 WL 4664283 (2d Cir. Aug. 7, 2015) ("plaintiffs cannot settle their FLSA claims through a private stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)"). *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986).

6.  The Parties request that the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages under the FLSA, IMWL and the IWPCA.

7.  Accordingly, the Parties request the Court set this matter for a further status hearing in mid-September 2015 for status of dismissal.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA, IMWL and the IWPCA, and setting this matter for a further status hearing.

| For the Plaintiff: | For the Defendants: |
|---|---|
| s/ Douglas M. Werman | s/ E. Jason Tremblay |
| Douglas M. Werman | Steven N. Malitz |
| Maureen A. Salas | E. Jason Tremblay |
| Sarah J. Arendt | Megan P. Toth |
| Werman Salas P.C. | Arnstein & Lehr LLP |
| 77 W. Washington St., Suite 1402 | 120 South Riverside Plaza, 12th Floor |
| Chicago, IL 60602 | Chicago, IL 60606 |

112616523_1