UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Kiranbhai Patel

                                          Plaintiff,

v.                                                          Case No.: 1:15−cv−02599
                                                                            Honorable Edmond E. Chang

Glogovsky Oil Company II, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's counsel reported that the parties have reached a settlement of the case. This case is dismissed without prejudice and with full leave to reinstate by 09/30/2015. If the case is not reinstated by that date, the dismissal will automatically convert to a dismissal with prejudice without any further order of the Court. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.